McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962
(973) 565-2033
(973) 425-0161
Attorneys for Plaintiff
Metropolitan Life Insurance Company

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ROSA MIRANDA, BARANACA HARPER, AND ST. MARY STAR OF THE SEA AND ST. GERTRUDE PARISH,<br><br>Defendants. | Civil Action No.: 1:21-cv-05767 (RPK) (TAM) |

CIVIL ACTION – ORDER GRANTING INTERPLEADER RELIEF
TO METROPOLITAN LIFE INSURANCE COMPANY

**THIS MATTER,** having been opened to the Court upon application of McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for Plaintiff Metropolitan Life Insurance Company ("MetLife"), and upon notice to Defendants, Rosa Miranda, Baranaca Harper, and St. Mary Star of the Sea and St. Gertrude Parish (collectively referred to as "Defendants"), and the Court having reviewed and considered the application and all materials submitted herewith and all pleadings and proceedings to date, and the Court being fully informed:

IT IS on this _____ day of _____, 2022,

**ORDER, ADJUDGED AND DECREED** that Defendants are compelled to litigate, adjust and/or settle among each other their respective and lawful entitlement to the life benefits arising under and pursuant to the MetLife Company Paid Life Insurance Plan (the "Plan") issued by MetLife to Dorothy Dumb (the "Decedent") on account of her death or upon their failure to do so, this Court to settle and adjust the claims and determine to whom the within life benefits should be paid; and it is further

**ORDERED, ADJUDGED AND DECREED** that MetLife shall be wholly and completely discharged and absolved from any further liability, of whatsoever nature, to each of the parties hereto and any other claimant to the life benefits arising under and pursuant to the Plan, on account of the death of the Decedent; and it is further

**ORDERED, ADJUDGED AND DECREED** that MetLife and their employees, agents, fiduciaries, officers, directors, shareholders, attorneys, parent and affiliated corporations, predecessors and successors-in-interest, subsidiaries and assigns are released and discharged from any and all liability, suits, debts, judgments, dues, sums and/or cause of action, whether at law or in equity, to any person, entity, claimant, party to this action or otherwise for any and all life benefits arising under and pursuant to the Plan on account of death of Decedent; and it is further;

**ORDERED, ADJUDGED AND DECREED** that the parties hereto are permanently restrained and enjoined from instituting and/or prosecuting any other suit, cause of action of civil proceeding in any state, federal or other court of competent jurisdiction against MetLife seeking life insurance benefits or asserting damage claims arising under the Plan, on account of the death of the Decedent; and it is further

**ORDERED, ADJUDGED AND DECREED** that MetLife hereby shall be dismissed from this action with prejudice and without any further liability in connection with the Plan and life insurance benefits due thereunder as a result of the death of the Decedent; and it is further

**ORDERED, ADJUDGED AND DECREED** that a copy of this Order and Judgment shall be served upon all parties within seven (7) days of receipt thereof.

/s/ Rachel P. Kovner
_____
HON. RACHEL P. KOVNER, U.S.D.J.