UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------X
METROPOLITAN LIFE INSURANCE
COMPANY,

                      Plaintiff,

        -against-

ROSA MIRANDA et al.,

                      Defendants.
----------------------------------------------------------X

**REPORT AND RECOMMENDATION**
21-CV-5767 (RPK) (TAM)

**TARYN A. MERKL**, United States Magistrate Judge:

        Plaintiff Metropolitan Life Insurance Company ("MetLife") initiated this action, naming Defendants Rosa Miranda, Baranaca Harper, and St. Mary Star of the Sea and St. Gertrude Parish ("St. Mary") (collectively referred to as "Defendants") on October 15, 2021, to settle a dispute about to whom MetLife should pay a life insurance plan. (*See* Complaint ("Compl."), ECF No. 1.) As a fiduciary of one of their retired employee's basic life insurance plans governed by ERISA, MetLife filed the case so as to resolve the question of who should receive the plan benefits. (*Id.* ¶¶ 8–9, 26–27.) MetLife's most recent beneficiary designation form on file indicated Ms. Harper, but Ms. Miranda sent a letter to MetLife contesting the designation. (*Id.* ¶¶ 13, 16.) MetLife sought to deposit the plan benefits, totaling $28,000, with the Court, and to be excused from the action. (*Id.* ¶¶ 15, 28.)

        Having presided over a settlement discussion between Defendants on May 16, 2022, where the parties agreed to a settlement on the record, the undersigned Magistrate Judge now recommends that the Court enter an order disbursing the funds and closing the case, as detailed below, and as set forth in the attached Proposed Order.

## PROCEDURAL HISTORY

On or about April 12, 2022, on consent of the parties, the Court granted MetLife's motion to deposit the sum of $28,000, plus any applicable interest (the "Interpleaded Funds"), into the Registry of the Clerk of the Court. (*See* Mot. to Deposit Funds, ECF No. 13; Order on Mot. to Deposit Funds, ECF No. 24.) Accordingly, also on April 12, 2022, the undersigned Magistrate Judge recommended that MetLife be excused from the action and discharged from liability as to the Interpleaded Funds. (*See* April 12, 2022 Sua Sponte Report and Recommendation.) On April 30, 2022, the Honorable Rachel P. Kovner adopted the report and recommendation, and dismissed MetLife from the action with prejudice. (*See* Order Granting Interpleader Relief to Metropolitan Life Insurance Company, ECF No. 26.)

Following some discovery in the case, on May 16, 2022, Defendants Rosa Miranda, Baranaca Harper,[1] and counsel for St. Mary appeared before the undersigned Magistrate Judge for a status conference. (*See* May 16, 2022 ECF Minute Entry and Order.) During the conference, the parties agreed to settle the case, with Ms. Miranda to receive $5,000, St. Mary to receive $5,000, and the remainder of the Interpleaded Funds going to Ms. Mercado (formerly known as Ms. Harper). (*Id.*) Each party confirmed acceptance of such a settlement on the record. (*Id.*)

Accordingly, the undersigned Magistrate Judge respectfully recommends that the Court enter the attached Proposed Order disbursing the funds and closing the case.

\* \* \* \* \*

---

[1] Ms. Harper indicated during the conference that she got married several years ago, and that her name is now Baranaca Mercado. Accordingly, per her request, the undersigned respectfully recommends that any check issued by the Clerk of Court be made out to Baranaca Mercado.

Any objections to this Report and Recommendation must be filed with the Clerk of the Court within fourteen (14) days. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2); *see also* Fed. R. Civ. P. 6(a), (e) (providing the method for computing time). Failure to file objections within the specified time waives the right to appeal the District Court's order. *See, e.g.*, *Caidor v. Onondaga Cnty.*, 517 F.3d 601, 604 (2d Cir. 2008) (explaining that "failure to object timely to a . . . report [and recommendation] operates as a waiver of any further judicial review of the magistrate [judge's] decision").

    **SO ORDERED.**

Dated: Brooklyn, New York
      May 17, 2022

*Taryn A. Merkl*
_____
TARYN A. MERKL
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------x
METROPOLITAN LIFE INSURANCE
COMPANY,

                   Plaintiff,

         -against-

ROSA MIRANDA et al.,

                   Defendants.
-------------------------------------------------------x

**PROPOSED ORDER**
21-CV-5767 (RPK) (TAM)

WHEREAS, on or about April 12, 2022, pursuant to a Court order, Interpleader Plaintiff Metropolitan Life Insurance Company ("MetLife") deposited the sum of $28,000, plus any applicable interest (the "Interpleaded Funds"), into the Registry of the Clerk of the Court (the "Clerk Registry") (*see* Mot. to Deposit Funds, ECF No. 13; Order on Mot. to Deposit Funds, ECF No. 24);

WHEREAS, on April 12, 2022, pursuant to Court orders, MetLife was discharged from liability as to the Interpleaded Funds, and MetLife was dismissed from this action (*see* Order Granting Interpleader Relief to Metropolitan Life Insurance Company, ECF No. 26); and

WHEREAS, on May 16, 2022, during a Court conference, Defendants Rosa Miranda, Baranaca Mercado (formerly known as Baranaca Harper), and St. Mary Star of the Sea and St. Gertrude Parish entered into an agreement to settle the case on the record before the Honorable Taryn A. Merkl, United States Magistrate Judge (*see* May 16, 2022 ECF Minute Entry and Order);

**WHEREFORE, IT IS HEREBY ORDERED**:

1. Pursuant to the parties' agreement to settle, 28 U.S.C. § 2042, and E.D.N.Y. Local Civil Rule 67.1, the Clerk of the Court shall release and disburse the Interpleaded Funds currently on deposit with the Clerk Registry as follows:

    a. Five Thousand Dollars ($5,000) in principal to "St. Mary Star of the Sea and St. Gertrude Parish," c/o Wingate, Kearney & Cullen LLP, Attn: Claire Steinman, Esq., 111 John Street, Suite 1040, New York, NY 10038;

    b. Five Thousand Dollars ($5,000) in principal to "Rosa Miranda," at: 711 Seagirt Avenue, Apt. 14-C, Far Rockaway, NY 11691; and

    c. Any and all leftover money and accrued interest on the total principal amount of the Interpleaded Funds (after any required fee has been applied, and tax withholdings have been deducted, in accordance with E.D.N.Y. Local Civil Rule 67.1(c)) to "Baranaca Mercado," at: 690 Albany Ave., Apt. 6B, Brooklyn, NY 11203.

2. The parties shall comply with all further directions of the Clerk of the Court as necessary to effect the release and disbursement of the Interpleaded Funds, as set forth above.

3. Upon the release and disbursement of the Interpleaded Funds, as set forth above, this action, including but not limited to all crossclaims, shall be dismissed in its entirety with prejudice, and the Clerk of the Court shall close this action.

    **SO ORDERED.**

Dated: Brooklyn, New York
_____, 2022

_____
RACHEL P. KOVNER
UNITED STATES DISTRICT JUDGE