UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X
METROPOLITAN LIFE INSURANCE
COMPANY,

                Plaintiff,

     -against-

ROSA MIRANDA et al.,

                Defendants.
------------------------------------------------------------X

**ORDER**
21-CV-5767 (RPK) (TAM)

WHEREAS, on or about April 12, 2022, pursuant to a Court order, Interpleader Plaintiff Metropolitan Life Insurance Company ("MetLife") deposited the sum of $28,000, plus any applicable interest (the "Interpleaded Funds"), into the Registry of the Clerk of the Court (the "Clerk Registry") (*see* Mot. to Deposit Funds, ECF No. 13; Order on Mot. to Deposit Funds, ECF No. 24);

WHEREAS, on April 12, 2022, pursuant to Court orders, MetLife was discharged from liability as to the Interpleaded Funds, and MetLife was dismissed from this action (*see* Order Granting Interpleader Relief to Metropolitan Life Insurance Company, ECF No. 26); and

WHEREAS, on May 16, 2022, during a Court conference, Defendants Rosa Miranda, Baranaca Mercado (formerly known as Baranaca Harper), and St. Mary Star of the Sea and St. Gertrude Parish entered into an agreement to settle the case on the record before the Honorable Taryn A. Merkl, United States Magistrate Judge (*see* May 16, 2022 ECF Minute Entry and Order);

**WHEREFORE, IT IS HEREBY ORDERED:**

1. Pursuant to the parties' agreement to settle, 28 U.S.C. § 2042, and E.D.N.Y. Local Civil Rule 67.1, the Clerk of the Court shall release and disburse the Interpleaded Funds currently on deposit with the Clerk Registry as follows:

    a. Five Thousand Dollars ($5,000) in principal to "St. Mary Star of the Sea and St. Gertrude Parish," c/o Wingate, Kearney & Cullen LLP, Attn: Claire Steinman, Esq., 111 John Street, Suite 1040, New York, NY 10038;

    b. Five Thousand Dollars ($5,000) in principal to "Rosa Miranda," at: 711 Seagirt Avenue, Apt. 14-C, Far Rockaway, NY 11691; and

    c. Any and all leftover money and accrued interest on the total principal amount of the Interpleaded Funds (after any required fee has been applied, and tax withholdings have been deducted, in accordance with E.D.N.Y. Local Civil Rule 67.1(c)) to "Baranaca Mercado," at: 690 Albany Ave., Apt. 6B, Brooklyn, NY 11203.

2. The parties shall comply with all further directions of the Clerk of the Court as necessary to effect the release and disbursement of the Interpleaded Funds, as set forth above.

3. Upon the release and disbursement of the Interpleaded Funds, as set forth above, this action, including but not limited to all crossclaims, shall be dismissed in its entirety with prejudice, and the Clerk of the Court shall close this action.

**SO ORDERED.**

Dated: Brooklyn, New York
      June 1, 2022

/s/ Rachel P. Kovner

RACHEL P. KOVNER
UNITED STATES DISTRICT JUDGE